**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Criminal No. 04-165-01 (ESH)** |
| ) | |
| **MICHAEL HICKMAN,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**ORDER**

Upon consideration of the Third Report and Recommendation issued by Magistrate Judge John M. Facciola on July 10, 2012 [ECF No. 56], the lack of any objections thereto, and the consent of the Probation Office, it is hereby

**ORDERED** that the Court adopts in full Magistrate Judge Facciola's Third Report and Recommendation; and it is further

**ORDERED** that defendant Michael Hickman's term of supervised release is terminated as unsuccessful.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: July 27, 2012